LIBBEUS M. NICHOLS, APPELLANT, *v.* GEORGE W. NICHOLS AND ANOTHER, EXECUTORS, RESPONDENTS.

*Covenant of seizin — when broken — effect of such covenant.*

The covenant of seizin in this State is merely a covenant of title, and is broken at the moment it is made if the grantor has not title. It does not relate to the possession, as it did formerly; and possession of the land, at the time of the conveyance, by a third person, does not constitute a breach of the covenant, unless such possession is adverse, so as to render the deed void for champerty.

APPEAL from a judgment in favor of the defendants, entered upon the trial of this action by the court, without a jury.

*William S. Briggs*, for appellant. *Ch. G. Judd*, for respondents.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment affirmed.